Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-31RSL |
| Plaintiff | |
| | ORDER CONTINUING TRIAL DATE |
| v. | AND PRE-TRIAL MOTIONS DUE DATE |
| MOHAMED VOHRA, | |
| Defendant. | |

This matter having come before the Court on the Stipulated Motion for Continuance, and the Court having reviewed the Motion and the bases for the Motion, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. §3161(h)(7)(B)(ii).

2. The Court finds that the ends of justice will be served by ordering a continuance in this case and that the continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. §3161(h)(7)(A).

3. Defendant Vohra has filed a Waiver of Speedy Trial consistent with this Order.

Order Continuing Trial Date/
*United States v. Vohra,* CR13-31RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     IT IS THEREFORE ORDERED that the trial date be continued from
2 November 18, 2013, to January 21, 2014.
3     IT IS FURTHER ORDERED that the due date for pretrial motions be extended to
4 December 13, 2013.
5     FURTHERMORE, IT IS ORDERED that the period of time from the date of this
6 Order to January 21, 2014, shall be excludable time pursuant to the Speedy Trial Act, 18
7 U.S. C. §3161, et seq.
8     DATED this 15th day of November, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented By:

s/Ye-Ting Woo
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206/553-2268
206/553-4986 (fax)

Order Continuing Trial Date/
*United States v. Vohra,* CR13-31RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970