UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMED VOHRA,<br><br>　　　　　　　Defendant. | Case No. CR13-31RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL |

THE COURT, having considered the stipulated motion of the parties to continue the trial date and pretrial motions deadline (Dkt. # 55), the defendant's knowing and voluntary speedy trial waiver (Dkt. # 53), the records and files herein, hereby makes the following findings:

1. Based on the facts set forth in the parties stipulated motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to insure adequate time for defense investigation, effective trial preparation and an opportunity for defendant to benefit from these efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING TRIAL DATE - 1

IT IS THEREFORE ORDERED that the trial date for defendant Mohamed Vohra is continued from January 21, 2014, to April 21, 2014. The deadline for filing pretrial motions is March 14, 2104.

It is further ORDERED that the period of time from the date of this order to April 21, 2014, shall be excludable time under the Speedy Trial Act under Title 18, U.S.C. § 3161(h)(7)(A).

DONE this 13th day of January, 2014.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2