UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMED VOHRA,<br><br>    Defendant. | Case No.  CR13-00031RSL<br><br>ORDER CONTINUING TRIAL DATE |

This matter comes before the Court upon the stipulated motion of Defendant and the United States of America for a continuance of the trial (Dkt. # 73).  Having considered the stipulated motion, the Defendant's knowing and voluntary waiver (Dkt. # 72), and the other files and records herein, hereby makes the following findings:

    1.    The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

    2.    The Court further finds that the ends of justice will be served by ordering the continuance in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

    IT IS THEREFORE ORDERED that the trial date be continued from September 29, 2014 to October 27, 2014.

ORDER CONTINUING TRIAL DATE - 1

1  FURTHERMORE, IT IS ORDERED that the period of time from the date of this
2  Order to November 10, 2014, shall be excludable time pursuant to the Speedy Trial Act,
3  18 U.S.C. § 3161, *et seq.*

4  DATED this 23rd day of September, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2