UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MOHAMED VOHRA ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR13-31RSL <br><br> ORDER CONTINUING <br> TRIAL DATE |

This matter comes before the Court on the parties' stipulated motion to continue the trial date (Dkt. # 76). The Court, having considered the motion, the record and files herein, and defendant's knowing and voluntary waiver of his right to speedy trial (Dkt. # 75), hereby makes the following findings:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and these

ORDER CONTINUING TRIAL DATE - 1

factors outweigh the best interests of the defendant and the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date be continued from October 27, 2014 to November 24, 2014.

FURTHERMORE, IT IS ORDERED that the period of time from the date of this Order to November 24, 2014, shall be excludable time pursuant to Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DATED this 24th day of October, 2014.

_____
James L. Robart
United States District Judge