Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR13-31RSL |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DISMISSAL OF INDICTMENT AS TO MOHAMED VOHRA |
| v. | |
| MOHAMED VOHRA, | |
| Defendant. | |

Upon motion by the United States of America to dismiss the Indictment as to Mohamed Vohra in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; this Court, having reviewed the entirety of the files herein, IT IS HEREBY ORDERED,

The Indictment in the above-entitle cause is DISMISSED as to Defendant Mohamed Vohra.

Dated this 27th day of April, 2015.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

/s Ye-Ting Woo
Assistant United States Attorney

ORDER GRANTING DISMISSAL/
*United States v. Mohamed Vohra*, CR13-31RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970